# United States Court of Appeals
## For the Eighth Circuit

———————————————

No. 17-3516

———————————————

United States of America

*Plaintiff - Appellee*

v.

Juan Delacruz Albarran

*Defendant - Appellant*

——————————

Appeal from United States District Court
for the Western District of Arkansas - Harrison

——————————

Submitted: August 29, 2018
Filed: September 4, 2018
[Unpublished]

——————————

Before LOKEN, KELLY, and ERICKSON, Circuit Judges.

——————————

PER CURIAM.

Juan Albarran directly appeals the consecutive Guidelines-range sentence the district court[1] imposed after he pleaded guilty to drug and financial crime charges.

———————————————

[1]The Honorable P.K. Holmes, III, Chief Judge, United States District Court for the Western District of Arkansas.

His counsel has filed a brief under <u>Anders v. California</u>, 386 U.S. 738 (1967), arguing that the sentence is unreasonable.

We conclude that the district court did not abuse its discretion in imposing a fully consecutive sentence. <u>See</u> <u>United States v. Winston</u>, 456 F.3d 861, 867 (8th Cir. 2006) (standard of review). The court explicitly stated that it was considering the factors in 18 U.S.C. § 3553(a) (factors to be considered in imposing sentence), and there is no indication the court overlooked a relevant factor, gave significant weight to an improper or irrelevant factor, or committed a clear error of judgment in weighing relevant factors. <u>See</u> 18 U.S.C. § 3584(a)-(b) (imposition of concurrent or consecutive prison terms; district court shall consider § 3553(a) factors in making determination); <u>United States v. Rutherford</u>, 599 F.3d 817, 820-22 (8th Cir. 2010) (standard of review; affirming where court discussed § 3553(a) factors and imposed consecutive sentences).

We have independently reviewed the record pursuant to <u>Penson v. Ohio</u>, 488 U.S. 75 (1988), and found no nonfrivolous issues for appeal. Accordingly, we affirm.

_____